IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

DENNY RAY SANFORD,

    Plaintiff,

v.                                            CASE NO. 5:08cv43-RH/WCS

MICHAEL J. ASTRUE,

    Defendant.

_____/

## ORDER OF AFFIRMANCE

This matter is before the court on the magistrate judge's report and recommendation (document 18). No objections have been filed. Upon consideration,

    IT IS ORDERED:

The report and recommendation is ACCEPTED and adopted as the opinion of the court. The Commissioner's decision denying the plaintiff's application for disability benefits is AFFIRMED. The clerk must enter judgment and close the file.

    SO ORDERED on December 11, 2008.

                                                  s/Robert L. Hinkle
                                                  Chief United States District Judge